UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 06-C-0509

APPROXIMATELY $9,590.00
IN UNITED STATES CURRENCY,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The United States shall return to Monogram Credit Card Bank of Georgia, 7840 Roswell Road, Building 100, Atlanta, Georgia 30350, $713.49 from the approximately $9,590.00 in United States currency. The $713.49 payment is in full satisfaction of the judgment entered against the claimant, Woncille Griffin, in Milwaukee County Case Number 2004SC011525.

2. The United States shall return to Preferred Credit Corporation, 8301 North 76th Street, Milwaukee, Wisconsin 53233, $286.51 from the approximately $9,590.00 in United States currency. The $286.51 payment is in partial satisfaction of the judgment entered against the claimant, Woncille Griffin, in Milwaukee County Case Number 2005CV002729.

3. All right, title and interest in the remaining defendant property, approximately $8,590.00 from the approximately $9,590.00 in United States currency, is forfeited to the United States of America.

4. The United States Marshal shall deposit the approximately $8,590.00 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2006.

s/AARON E. GOODSTEIN
United States Magistrate Judge

Judgment entered this 26th day of June, 2006.

SOFRON B. NEDILSKY
Clerk of Court

By:
V. Kelly Barton Terry
Deputy Clerk